IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JP MORGAN TRUST COMPANY, N.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A.P. GREEN INDUSTRIES, INC., )<br>)<br>Defendant. ) | No. 2:06-cv-0885<br>Judge Thomas M. Hardiman |

**ORDER**

AND NOW, this 7th day of December, 2006, it is hereby

ORDERED that transcripts for the hearing on the Bankruptcy Appeal, held on Monday, August 28, 2006, before Honorable Thomas M. Hardiman in the above captioned case be produced at the joint expense of the parties.

BY THE COURT:

s/ *Thomas M. Hardiman*
Thomas M. Hardiman
United States District Judge

cc:   Karen Earley, Official Court Reporter